**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:24-CV-00648-GNS**

**CYNTHIA R. BARRY**                                                                                   **PLAINTIFF**

**VS.**

**FIRSTSOURCE SOLUTIONS USA, LLC**                                                  **DEFENDANT**

**ORDER**

On August 20, 2025, the Court entered a Scheduling Order in this case that set the deadline for completing discovery on Plaintiff's bifurcated claim as December 22, 2025, and set the deadline for filing dispositive/*Daubert* motions as January 30, 2026. (DN 30). Now, the Parties have filed a "Stipulation and Joint Request to Extend Bifurcated Discovery Deadlines." (DN 37). They explain that various professional and scheduling conflicts with the parties and counsel makes "meeting the current deadlines extremely difficult." (*Id.*). The Parties, accordingly, request the Court extend all deadlines from the Scheduling Order by at least sixty days. Finding the Parties' requested extensions to be reasonable and supported by good cause,

    **IT IS THEREFORE ORDERED** as follows:

(1) Discovery relevant to the merits of Plaintiff's individual claim shall conclude by **February 22, 2026**. Class discovery remains stayed pending further order of the Court.

(2) The Parties shall file all dipositive motions and motions related to the admissibility of expert testimony pursuant to Federal Rule of Evidence 702 (*Daubert* motions) by **March 30, 2026.**

(3) The Parties shall file a joint status report by **January 30, 2026**, which includes their progress in discovery and any settlement negotiations.

(4) All other provisions from the Court's Scheduling Order entered on August 20, 2025 (DN 30) remain in full force and effect.

Copies:        Counsel of Record