**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **CYNTHIA R. BARRY, on behalf of herself and others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FIRSTSOURCE SOLUTIONS USA, LLC,**<br><br>**Defendant.** | **Case No. 3:24-cv-00648-GNS-RSE** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Cynthia R. Barry ("Plaintiff") and Defendant Firstsource Solutions USA, LLC stipulate to the dismissal of Plaintiff's claims with prejudice and the dismissal of the claims of putative class members without prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: February 19, 2026

*s/ Michael L. Greenwald*
Michael L. Greenwald (*pro hac vice*)
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel:  (561) 826-5477
mgreenwald@gdrlawfirm.com

*Attorneys for Plaintiff*

*s/ A. Paul Heeringa*
A. Paul Heeringa (*pro hac vice*)
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin Street, Suite 2600
Chicago, IL 60606
Tel: (312) 529-6300
pheeringa@manatt.com

Casey L. Hinkle
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main St., 4th Fl.
Louisville, KY 40202
Tel: (502) 416-1630
chinkle@kaplanjohnsonlaw.com

*Counsel for Defendant*